No. 396.   SUTHERLAND PAPER Co. *v.* GRANT PAPER BOX
Co. ET AL.   C. A. 3d Cir.   Certiorari denied.   *Raymond
F. Adams, Mahlon E. Lewis* and *Curt Von Boetticher, Jr.*
for petitioner.   *Wm. H. Parmelee* and *Carl E. Glock* for
respondents.

No. 400.   CRANE COMPANY *v.* CARSON, COMMISSIONER
OF FINANCE AND TAXATION.   Supreme Court of Tennes-
see.   Certiorari denied.   *Charles L. Claunch* for peti-
tioner.   *William F. Barry* for respondent.

No. 404.   WESTERN PACIFIC RAILROAD Co. *v.* PACIFIC
PORTLAND CEMENT Co.   C. A. 9th Cir.   Certiorari denied.
*Harriet P. Tyler* for petitioner.   *Eugene M. Prince* and
*Eugene D. Bennett* for respondent.   *Daniel W. Knowlton*
and *Charlie H. Johns* filed a brief for the Interstate
Commerce Commission, as *amicus curiae,* supporting the
petition.

No. 418.   CONSOLIDATED   GAS   ELECTRIC   LIGHT   &
POWER Co. *v.* PENNSYLVANIA WATER & POWER Co. ET AL.;
and
No. 424.   HESSEY ET AL., CONSTITUTING THE PUBLIC
SERVICE COMMISSION OF MARYLAND, *v.* PENNSYLVANIA
WATER & POWER Co. ET AL.   C. A. 4th Cir.   Certiorari
denied.   *Harry N. Baetjer, Alfred P. Ramsey* and *John
Henry Lewin* for petitioner in No. 418.   *Charles D. Har-
ris* for petitioners in No. 424.   *James Piper* and *Wilkie
Bushby* for the Pennsylvania Water & Power Co.; and
*Thomas M. Kerrigan* and *Charles E. Thomas* for the
Pennsylvania Public Utility Commission, respondents.
Reported below: 184 F. 2d 552.

No. 94, Misc.   CROSBY *v.* UNITED STATES.   C. A. 10th
Cir.   Certiorari denied.   *John A. Johnson* and *Duke Du-
vall* for petitioner.   *Solicitor General Perlman, Assistant*